UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
JOSHUA FRIEDRICH, :
:
Plaintiff, :
:
-v- :  23-CV-8937 (JMF)
:
AMERICAN EXPRESS CREDIT CORPORATION et al., :  ORDER OF DISMISSAL
:
Defendants. :
:
-------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    The Court having been advised at ECF No. 18 that all claims asserted against American Express Credit Corporation ("American Express") herein have been settled, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs ONLY as it pertains to American Express, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.  **Further, requests to extend the deadline to reopen are unlikely to be granted.**

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Per Paragraph 5.B of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions with regard to American Express are moot.  The Clerk of Court is directed to terminate American Express as a Defendant in this case.

    SO ORDERED.

Dated: November 29, 2023
       New York, New York

                                                                                         _____
                                                                                             JESSE M. FURMAN
                                                                                             United States District Judge